BERTHA WEISS, complainant-appellant,

*v.*

KEYSTONE REALTY COMPANY, INCORPORATED, BENJAMIN ROSENWASSER and FANNY GUTTENBERG, executrix of the last will and testament of Solly Guttenberg, deceased, defendants-appellees.

[Argued February term, 1936.   Decided February 11th, 1936.]

*Mr. Joseph L. Freiman,* for the complainant-appellant.

*Mr. H. David Zerman,* for the Keystone Realty Company.

*Mr. Fred Goldstein,* for Fanny Guttenberg.

*Mr. Frank H. Eggers* and *Mr. John R. Kelly,* for Benjamin Rosenwasser.

PER CURIAM.

The appeal is from an order vacating an order affirming a sale in foreclosure. A careful examination of the record satisfies us that the order complained of was properly entered and it is affirmed.

*For affirmance*—THE CHIEF-JUSTICE, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ.   13.

*For reversal*—None.